IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LLOYD DERRICK, JR.,

        Appellant,

                                                Case No. 5D21-3138
v.                                              LT Case No. 19-CF-004548-A-W

STATE OF FLORIDA,

        Appellee.
_____/

Decision filed November 22, 2022

Appeal from the Circuit Court
for Marion County,
Gary L. Sanders, Judge.

Matthew J. Metz, Public Defender, and
Edward J. Weiss, Assistant Public Defender,
Daytona Beach, for Appellant.

Lloyd Derrick, Jr., Cross City, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Whitney Brown Hartless, Assistant Public
Defender, Daytona Beach, for Appellee.

PER CURIAM.

        AFFIRMED.

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.